# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., a South Dakota Corporation<br><br>*Plaintiff,*<br><br>v.<br><br>MAARUTI, LLC, an Oklahoma Limited Liability Company; KISHOR KEVAL, an individual; and ASHA KEVAL, an individual<br><br>*Defendants.* | Civil No.: 19-cv-00302 (KSH)(CLW)<br><br><br>**<u>Order Granting Motion for Final Judgment by Default Judgment and Entering Final Judgment by Default</u>** |

**THIS MATTER** having been opened to the Court by plaintiff Super 8 Worldwide, Inc. ("SWI"), seeking the entry of final judgment by default against defendants Maaruti, LLC, Kishor Keval, and Asha Keval ("defendants") pursuant to Fed. R. Civ. P. 55(b)(2); and the complaint in this matter having been filed on January 19, 2019, seeking damages as a result of the breach of a franchise agreement between SWI and defendants; and service of summons and complaint having been effectuated with respect to each of the defendants; and default having been entered by the Clerk of the Court on May 16, 2019 against defendants for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and for the reasons set forth in the opinion filed herewith,

**IT IS** on this 26th day of February, 2020,

**ORDERED** that SWI's motion for final judgment by default (D.E. 14) is **GRANTED**; and it is further

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against defendants, jointly and severally, in the total amount of $85,719.89 for Recurring Fees (principal plus interest).

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J